## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

**BRIAN PATOSY,** on behalf of himself
and all others similarly situated**,**

        Plaintiff,

  v.                                           **CIVIL ACTION NO. 5:25-CV-33**
                                                       Judge Bailey

**HANCOCK COUNTY SAVINGS BANK,**
**FSB, INC.,**

        Defendant.

### ORDER

On May 9, 2025, the parties filed a Notice of Settlement, advising this Court that they have reached a settlement in this matter. *See* [Doc. 29]. Thus, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

Defendant Hancock County Savings Bank's Motion to Dismiss Plaintiff's Class Action Complaint Pursuant to Rule 12(b)(6) [**Doc. 23**] is **DENIED AS MOOT**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to forward copy of this Order to all counsel of record herein.

**DATED:** May 12, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE